### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

RYAN C.,

       Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

: Case No. 3:21-cv-00069
:
: District Judge Walter H. Rice
: Magistrate Judge Caroline H. Gentry
:
:
:
:
:
:
:

---

## DECISION AND ENTRY

---

The Court has conducted a *de novo* review of the Report and Recommendations of

United States Magistrate Judge Caroline H. Gentry (Doc. 20), to whom this case was

originally referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been

filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has

expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on July 7, 2022 (Doc.
   20) is ADOPTED in full;

2.    Plaintiff's Statement of Errors (Doc. 16) is GRANTED;

3.    The Court REVERSES the Commissioner's non-disability
   determination;

4.    No finding is made as to whether Plaintiff was under a
   "disability" within the meaning of the Social Security Act;

5.      This matter is REMANDED to the Social Security
        Administration under Sentence Four of 42 U.S.C. § 405(g)
        for further consideration consistent with this Decision and
        Order; and

6.      The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:   7-22-22

_____
Walter H. Rice
United States District Judge

2